IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR DIAZ,

       Plaintiff,                                  CIV S-10-2039 GGH (TEMP)

      vs.

MICHAEL J. ASTRUE,                       <u>ORDER</u>

Commissioner of Social Security,

       Defendant.

_____/

        Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, i.e., file a motion for summary judgment or remand, the request is hereby APPROVED.

        Plaintiff shall file her response on or before March 14, 2011.

        SO ORDERED.

DATED: January 20, 2011

                               <u>/s/ Gregory G. Hollows</u>
                             UNITED STATES MAGISTRATE JUDGE

JMM
diaz.eot