```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN A. GULSETH, CA SBN 160872
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8923
      Facsimile: (415) 744-0134
7     E-Mail: Geralyn.Gulseth@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CESAR DIAZ, ) | CIVIL NO. 2:10-cv-02039-GGH (TEMP) |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment.

Counsel for Defendant respectfully requests an extension of time due to her continuing mentoring duties and her workload.

The current due date is April 13, 2011. The new due date will be May 13, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 13, 2011                 /s/ *Ann Cerney*
                                      (As authorized via telephone)
                                      Ann Cerney
                                      Attorney for Plaintiff

Dated: April 11, 2011                 BENJAMIN B. WAGNER
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ *Geralyn A. Gulseth*
                                      GERALYN A. GULSETH
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  April 18, 2011             /s/ Gregory G.Hollows
                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE